**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Frank Karban, | No. CV-19-04377-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Vivian Baltierra, et al., | |
| Defendants. | |

Defendant has filed a response (Doc. 223) to Plaintiff's subpoena request (Doc. 217), which the Court granted without full briefing (Doc. 218). The Court's November 28, 2022 order requiring Plaintiff to establish that there is a reasonable basis for issuing the subpoenas stated that the response and reply times would be those set by the local rules and that the response "must indicate whether Defendants oppose any proposed witness and whether Defendants will produce any requested non-inmate witness without a subpoena." (Doc. 202.) Because the Court's order granting the subpoena request issued without the benefit of the contemplated response and reply briefs, the Court will vacate that order.

Accordingly,

**IT IS ORDERED** that the Court's January 31, 2023 order (Doc. 218) is vacated.

**IT IS FURTHER ORDERED** that Plaintiff shall file a reply brief by **February 21, 2023.**

Dated this 13th day of February, 2023.

Dominic W. Lanza
United States District Judge