FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 24 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M. DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Frank Karban, | No. CV 19-04377-PHX-DWL |
| Plaintiff, | **VERDICT** |
| v. | **(Redacted)** |
| Vivian Baltierra, et al., | |
| Defendants. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Frank Karban,<br><br>           Plaintiff,<br><br>v.<br><br>Vivian Baltierra,<br><br>           Defendant. | No. CV-19-04377-PHX-DWL<br><br>**VERDICT FORM** |

### First Amendment

We the jury, duly empaneled and sworn in the above-entitled action, upon our oaths, make the following finding as to Plaintiff's First Amendment claim:

      Liable [X]    Not Liable [ ]

*Note: If you found Defendant liable, move to the next question. If you found Defendant not liable, stop here and sign and date the verdict form.*

Was Defendant's conduct malicious, oppressive, or in reckless disregard of Stephen Karban's rights, such that punitive damages should be awarded?

      Yes [ ]           No [X]

**Damages (To Be Completed Only if Liability Found)**

We the jury, duly empaneled and sworn in the above-entitled action, upon our oaths, having found in favor of Plaintiff on his First Amendment claim, determine damages as follows:

**Compensatory Damages**

We find compensatory damages in the following amount:

$ _2,000.00_

*Note: If you awarded any compensatory damages, stop here and sign and date this verdict form. If you awarded no compensatory damages, proceed to the next question regarding nominal damages.*

**Nominal Damages**

We find nominal damages in the following amount:

$ _____

*Note: Nominal damages cannot exceed one dollar ($1).*

_Juror #1_
Foreperson Signature

May 24 2023
Date