IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Frank Karban,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Vivian Baltierra, et al.,<br><br>　　　　Defendants. | No. CV 19-04377-PHX-DWL<br><br>**Jury Question During Deliberations – Court's Written Answer**<br><br>**(Redacted)** |

CV-19-4377-DWL
Karban v. Baltierra

**Question:**

The 5th element states as – "And that the action did not reasonably advance a legitimate correctional goal"

Please clarify.

Juror #1

---

I am unable to provide any more legal instruction on this topic. It is for you to decide, as a factual matter, whether the correctional goal for the transfer identified by Defendant was legitimate and, if so, whether the transfer reasonably advanced that goal.

5/24
3:10 pm