# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Frank Karban,<br><br>    Plaintiff,<br><br>v.<br><br>Vivian Baltierra, et al.,<br><br>    Defendants. | NO. CV-19-04377-PHX-DWL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the verdict filed May 24, 2023, judgment is entered in favor of Plaintiff. Compensatory damages is awarded in the amount of $2,000.00. This action is terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

May 25, 2023

By  s/ S. Ferdig
    Deputy Clerk